

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 1, 2025**

_____
United States Bankruptcy Judge

_____


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TROY DAVID LONION, | § § | CASE NO. 24-32574-SGJ-7 |
|  | § | (Chapter 7) |
| Debtor. | § § | |

| | | |
|---|---|---|
| RONALD G. SALA, | § § | |
| Plaintiff, | § § | |
| v. | § § § | Adversary No. 24-03105-sgj |
| TROY DAVID LONION, | § § | |
| Defendant. | § § | |

## ORDER RESETTING TRIAL DOCKET CALL

In the court's *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* ("Original Scheduling Order") [DE # 4], trial in this adversary proceeding was set for the week of June 16, 2025, with trial docket call set for June 9, 2025, at 1:30 p.m.

Due to the court's scheduling conflict, trial docket call was not held on June 9. Trial docket call and trial week will be reset in this order. Accordingly,

**IT IS ORDERED** that trial docket call in this adversary proceeding is hereby reset to **August 11, 2025, at 1:30 p.m.** for trial to be held the week of **August 18, 2025**.

**###END OF ORDER###**